James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Co-Lead Counsel for Lead Plaintiffs and the Class*
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ENZYMOTEC LTD. SECURITIES LITIGATION | Civil Action No. 2:14-cv-5556 (JMV)(MAH)<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, APPROVAL OF THE PROPOSED MANNER AND FORM OF NOTICE, AND APPOINTMENT OF <u>CLAIMS ADMINISTRATOR</u>** |

To:    All Counsel via ECF

COUNSEL:

PLEASE TAKE NOTICE that at such date and time as the Court shall determine, Lead Plaintiffs, through their undersigned counsel, shall move before the Hon. John M. Vazquez, U.S.D.J. at the Frank R. Lautenberg U.S. Post Office and Courthouse, 2 Federal Square, Newark, New Jersey, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of the proposed preliminary approval Order that, among other things, will, (1) preliminarily approve the proposed Settlement; (2) certify the proposed Settlement Class, appoint Lead Plaintiffs as Class representatives, and appoint Class Counsel for purposes of the Settlement; (3) approve the

form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (4) schedule a hearing to consider final approval of the Settlement.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the undersigned intends to rely upon the accompanying Memorandum of Law and Declaration of James E. Cecchi and the exhibits thereto.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' counsel have conferred with counsel for the Defendants, and Defendants do not oppose this motion.

Dated: March 31, 2017               Respectfully submitted,

                                    CARELLA BYRNE CECCHI
                                    OLSTEIN BRODY & AGNELLO, P.C.


                                    By:   /s/ James E. Cecchi
                                          JAMES E. CECCHI

                                    Joseph E. White, III
                                    Lester R. Hooker
                                    Brandon T. Grzandziel
                                    SAXENA WHITE P.A.
                                    5200 Town Center Circle, Suite 601
                                    Boca Raton, Florida 33486
                                    (561) 394-3399

                                    Richard A. Maniskas
                                    Katharine Ryan
                                    RYAN & MANISKAS, LLP
                                    995 Old Eagle School Rd., St. 311
                                    Wayne, Pennsylvania 19087
                                    (484) 588-5516

                                    *Co-Lead Counsel for Lead Plaintiffs and the Class*