UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ENZYMOTEC LTD. SECURITIES LITIGATION | Civil Action No. 2:14-cv-5556 (JMV) (JBC) |

NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
CLASS CERTIFICATION, APPROVAL OF PLAN OF ALLOCATION,
AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

To: All Counsel via ECF

PLEASE TAKE NOTICE that, on January 24, 2018, at 10:30 a.m., Lead Plaintiffs David R. Raabe, David E. Raabe, and Yehuda L. Danon ("Lead Plaintiffs" or "Plaintiffs") shall move before the Hon. John Michael Vazquez, U.S.D.J. at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, to enter a judgment and order (1) granting final approval of the settlement of this litigation; (2) granting class certification for settlement purposes; (3) approving the Plan of Allocation of settlement proceeds; and (4) awarding Lead Counsel's attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the parties will rely upon the accompanying brief, the declarations filed in support thereof, the Stipulation of Settlement dated March 29, 2017 and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiffs' counsel have conferred with counsel for Defendants, who agree that the Court should grant final approval of the proposed Settlement, but take no position on approval of the plan of allocation or the request for attorneys' fees and expenses.

Dated: December 20, 2017

Respectfully submitted,

By: */s/ James E. Cecchi*

James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Joseph E. White, III
Lester R. Hooker
Brandon T. Grzandziel
SAXENA WHITE P.A.
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432
(561) 394-3399

Richard A. Maniskas
RM Law, P.C.
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
(484) 324-6800

*Co-Lead Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/
James E. Cecchi